Judgment ordered for plaintiff. Order to be settled on notice.

---

FREDERICK CARLSEN, Suing on Behalf of Himself and All Others Similarly Situated, Plaintiff, v. THE OMAHA WATER COMPANY and THE FARMERS' LOAN AND TRUST COMPANY, as Trustee, Defendants.

First Department, November 3, 1911.

See head note in *Harnickell* v. *Omaha Water Co.* (*ante*, p. 693).

SUBMISSION of a controversy upon an agreed statement of facts, pursuant to section 1279 of the Code of Civil Procedure.

*Frederick Geller* of counsel [*Frederick Beltz, Jr.*, attorney], for the plaintiff.

*Geller, Rolston & Horan*, attorneys for the defendant Farmers' Loan and Trust Company.

*Howard Mansfield* of counsel [*Lord, Day & Lord*, attorneys], for the defendant The Omaha Water Company.

CLARKE, J.;

The plaintiff is the owner and holder of $2,000 in amount of the consolidated bonds of the Omaha Water Company, secured by its mortgage executed and delivered to the Farmers' Loan and Trust Company as trustee. The questions submitted are similar to those presented in *Harnickell* v. *Omaha Water*

*Co.* (146 App. Div. 693), and for the reasons stated in the opinion therein handed down this day judgment should be for the plaintiff, as prayed in the complaint, with costs.

INGRAHAM, P. J., SCOTT and DOWLING, JJ., concurred; LAUGHLIN, J., dissented.

Judgment ordered for plaintiff. Order to be settled on notice.